**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**VAN TUYEN PHAM ,**

Petitioner,

vs.

**WARDEN, CENTRAL VALLEY ANNEX FACILITY,**

Respondent.

_____ /

**1:26−CV−04900−KES−FJS  (HC)**

ORDER AUTHORIZING
IN FORMA PAUPERIS STATUS

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C.  § 1915, petitioner is hereby AUTHORIZED to proceed in forma pauperis.  The petition will be screened in due course.

SO ORDERED.

DATED:  6/26/26

_/s/  Frank J. Singer____
United States Magistrate Judge